ROBERT J. ALBERT, Respondent, v. FASSLER IRON WORKS, Appellant; GEROSA HAULAGE WAREHOUSE CORPORATION, Respondent, and CONSOLIDATED EDISON COMPANY, Appellant-Respondent, et al., Defendant. (And Third- and Fourth-Party Actions.) —

Hopkins, Acting P. J., Martuscello, Latham, Brennan and Benjamin, JJ., concur.